```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


KIMBERLY BORGES,                  :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :     CASE NO. 3:04cv324(DFM)
                                  :
SEABULK INTERNATIONAL,            :
INC., et al.,                     :
                                  :
     Defendants.                  :
```

                RULING ON PLAINTIFF'S MOTION TO AMEND

   The plaintiff's motion amend the complaint (doc. #96) is denied without prejudice to refiling.  Although the defendants indicate that they do not object to the addition of Lightship Tankers V LLC as a defendant (doc. #104), the plaintiff has not submitted a proposed amended complaint.  See Klemonski v. Department of Correction, No. 3:09CV787(VLB), 2010 WL 729002, at *3 (D. Conn. Feb. 25, 2010)("To obtain the Court's permission to amend his complaint, the plaintiff must file a motion for leave to amend and attach a copy of the proposed amended complaint."); Baldwin v. Department of Correction, No. 3:08cv1885(AVC), 2009 WL 1456489, at *1 (D. Conn. May 21, 2009)("[c]ommon sense dictates that a party requesting leave to file an amended pleading must accompany his motion with a copy of the proposed amended complaint that complies with the general rules of pleading in Fed. R. Civ. P. 8(a)."); La Barbera v. Ferran Enterprises, Inc., No. CIV. A. 06-2678, 2009 WL 367611, at *3 (E.D.N.Y. Feb. 10, 2009) ("In order to meet the requirements of particularity in a motion to amend, a complete copy

of the proposed amended complaint must accompany the motion so that both the Court and the opposing party can understand the exact changes sought").  Any motion for leave to amend the complaint shall be filed by April 5, 2010 and have as an exhibit a copy of the proposed amended complaint.

    SO ORDERED at Hartford, Connecticut this 31st day of March, 2010.

                                                        _____/s/_____
                                                        Donna F. Martinez
                                                        United States Magistrate Judge